UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA MADARIAGA, and SIELA MADARIAGA,<br><br>Defendants. | No. 2:19-cv-2432 MCE DB PS<br><br>ORDER |

Defendant Christina Madariaga is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 11.) On August 31, 2020, the undersigned issued an order setting this matter for a Status (Pretrial Scheduling) Conference on October 23, 2020. (ECF No. 23.) On September 16, 2020, plaintiff filed a motion for a preliminary injunction and noticed the motion for hearing before the undersigned on October 16, 2020. (ECF No. 26.) In light of plaintiff's pending motion, the October 23, 2020 Status Conference is vacated.

Moreover, pursuant to Local Rule 230(c) defendant was to file an opposition or a statement of non-opposition to plaintiff's motion for preliminary injunction "not less than

////

1

fourteen (14) days preceding the noticed . . . hearing date." Defendant, however, has failed to file a timely opposition or statement of non-opposition.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

In light of defendant's pro se status, and in the interests of justice, the court will provide defendant with an opportunity to show good cause for defendant's conduct along with a final opportunity to oppose plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant show cause for defendant's conduct in writing within fourteen days of the date of this order;

2. The October 16, 2020 hearing of plaintiff's motion for preliminary injunction (ECF No. 26) is continued to **Friday, November 13, 2020, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **October 30, 2020**, defendant shall file an opposition or statement of non-opposition to plaintiff's motion;

4. Defendant is cautioned that the failure to timely comply with this order may result in the appropriate sanction; and

5. The October 23, 2020 Status Conference is vacated.

DATED: October 9, 2020                      /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE