UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | No.  2:19-cv-2432 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| CHRISTINA MADARIAGA, and SIELA MADARIAGA, | |
| Defendants. | |

Defendant is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 19, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations.  The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed November 19, 2020 (ECF No. 32) are ADOPTED in full; and

3    2.  Plaintiff's August 12, 2020 motion for a preliminary injunction (ECF No. 22) is DENIED.

IT IS SO ORDERED.

Dated:  March 17, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE