UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA MADARIAGA, and SIELA MADARIAGA,<br><br>　　　　　Defendants. | No.  2:19-cv-2432 MCE DB PS<br><br>ORDER |

　　　　Defendant Christina Madariaga is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 11.) On November 9, 2020, defendant filed a document styled "MOTION REQUEST FOR ADMISSION." (ECF No. 30.) The document cites no legal authority and simply asks that the court grant defendant monetary and injunctive relief. Moreover, the motion was not noticed for hearing in violation of the Local Rules. Accordingly, the motion will be denied without prejudice to renewal.

　　　　Review of the docket also finds that a previous order served on defendant was returned as undeliverable and that the defendant recently provided an updated address. Defendant is advised that it is a party's responsibility to keep the court apprised of the party's current address at all

times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that defendant's November 9, 2020 motion (ECF No. 30) is denied without prejudice to renewal.

Dated: August 2, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/freedom2432.req.adm.den.ord

2