UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | No. 2:19-cv-2432 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| CHRISTINA MADARIAGA, and SIELA MADARIAGA, | |
| Defendants. | |

    Defendants are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On September 8, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 8, 2022 (ECF No. 61) are ADOPTED in full; and

2. Plaintiff's February 7, 2022, motion for summary judgment (ECF No. 56) is DENIED.

IT IS SO ORDERED.

Dated:  February 11, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE