UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | No. 2:19-cv-2432 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| CHRISTINA MADARIAGA, and SIELA MADARIAGA, | |
| Defendants. | |

Defendant Christina Madariaga is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 11.) On March 29, 2023, the undersigned issued an order directing the parties to file a Joint Notice of Trial Readiness within 30 days. (ECF No. 67.) On April 19, 2023, defendant filed a response. And on April 25, 2023, plaintiff filed a response. (ECF No. 71.)

Therein, plaintiff asserts to proposing to defendant "to file a joint stipulation of dismissal . . . to dispose of this matter without the need for trial," but that defendant "advised that she has claims" against plaintiff. (Id. at 2.) Defendant will be directed to file a response to plaintiff's filing.

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order defendant shall file a response to plaintiff's April 25, 2023 filing.

DATED: May 2, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE