UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA MADARIAGA, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-02432-MCE-DB<br><br>**ORDER** |

Having reviewed the docket in this case, the Court concludes that the filing at ECF No. 7, ostensibly couched as a "Complaint/Counterclaim," contains no allegations stating any legal cause of action.  That filing is hereby STRICKEN pursuant to Federal Rule of Civil Procedure 12(f)(1) ("The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act . . . on its own.").  Defendant's Motion for Speedy Trial (ECF No. 69), Motion for Permanent Injunction and Summary Judgment (ECF No. 77), and Request for Damages (ECF No. 78) are DENIED as moot.

///

///

///

Not later than twenty (20) days following the date this Order is electronically filed, the parties are directed to file a Joint Status Report advising as to the status of this case.

IT IS SO ORDERED.

Dated: September 25, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2