1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Freedom Mortgage Corporation,                    No. 2:19-cv-2432-KJM-DB

12                    Plaintiff,                       ORDER

13         v.

14   Christina Madariaga and Seila Madariaga,

15                    Defendants.

16

17         Plaintiff Freedom Mortgage Corporation filed this action in 2019 against pro se

18   defendants Christina Madariaga (C.M.) and Seila Madariaga.[1]  *See* Compl., ECF No. 1.  Seila

19   Madariaga did not appear and in June 2020, following plaintiff's application, the Clerk's Office

20   entered an entry of default.  *See* Request, ECF No. 16; Default Entry, ECF No. 17.  C.M.

21   appeared to file a counterclaim against plaintiff, *see* ECF No. 7, but the court later struck this

22   filing under Federal Rule of Civil Procedure 12(f)(1), because the filing did not contain

23   allegations stating a legal cause of action, *see* Prior Order (Sept. 25, 2023), ECF No. 95.

24   /////

---

[1] Plaintiff states defaulted defendant Seila Madariaga's first name has been misspelled as "Siela" in prior filings and the misspelling is reflected on the court's docket.  *See* Zachary Frampton Am. Decl. n.1, ECF No. 104.  The defaulted defendant's first name is correctly spelled "Seila."  *Id.*  Plaintiff is directed to use the correct spelling in future filings, and the court **requests** the Clerk of Court **correct the spelling** of the **defendant's name** on the docket.

1    This action was then reassigned to the undersigned on December 28, 2023.  *See* Clerk's

2  Notice, ECF No. 100.  On the court's own motion, a final pretrial conference was set for

3  March 8, 2024, with a final pretrial statement due no less than three weeks prior.  *See* Min. Order

4  (Jan. 5, 2024), ECF No. 101.  The parties have not filed a pretrial statement, but plaintiff now

5  seeks to dismiss C.M. from this action without prejudice under Federal Rule of Civil Procedure

6  41(a)(2).  *See generally* Mot., ECF No. 103.  C.M. has not opposed and the opposition deadline

7  has passed.

8    Federal Rule of Civil Procedure 41(a)(2) provides that if a defendant has appeared but not

9  stipulated to dismissal, "an action may be dismissed at the plaintiff's request only by court order,

10  on terms that the court considers proper."  "A district court should grant a motion for voluntary

11  dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal

12  prejudice as a result."  *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) (citation omitted).

13  "'Legal prejudice' means 'prejudice to some legal interest, some legal claim, some legal

14  argument.'"  *Id.* at 976 (citing *Westlands Water Dist. v. United States*, 100 F.3d 94, 97

15  (9th Cir. 1996)).

16    Here, plaintiff asserts it seeks an order dismissing C.M. without prejudice from this action

17  so plaintiff can obtain a judgment against defaulted defendant Seila Madariaga and close this

18  matter.  *See* Mem. at 2, ECF No. 103-1.  While C.M. has not opposed the motion, plaintiff states

19  the parties were unable to jointly stipulate to a dismissal, because C.M. believes she has an active

20  counterclaim pending in this matter.  *See* Frampton Am. Decl. ¶ 2.  However, as noted above,

21  C.M.'s purported counterclaim was struck, *see* Prior Order (Sept. 25, 2023), and C.M. has no

22  other active claims.  The court finds C.M. will not suffer legal prejudice if the claims against her

23  are dismissed.

24    Accordingly, the court **grants** plaintiff's motion to dismiss defendant C.M. without

25  prejudice.  The final pretrial conference is hereby **vacated,** and plaintiff is directed to file a

26  motion for default judgment against the remaining defendant in thirty (30) days.

27    This order resolves ECF No. 103.

28  /////

2

1        IT IS SO ORDERED.

2   DATED:  February 28, 2024.

3
_____
CHIEF UNITED STATES DISTRICT JUDGE